No. 86–622. TRAYNOR *v.* TURNAGE, ADMINISTRATOR, VETERANS' ADMINISTRATION, ET AL. C. A. 2d Cir. [Certiorari granted, 480 U. S. 916]; and

No. 86–737. MCKELVEY *v.* TURNAGE, ADMINISTRATOR OF VETERANS' AFFAIRS, ET AL. C. A. D. C. Cir. [Certiorari granted, 480 U. S. 916.] Motion of petitioners for divided argument denied. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 86–939. ETSI PIPELINE PROJECT *v.* MISSOURI ET AL.; and

No. 86–941. HODEL, SECRETARY OF THE INTERIOR, ET AL. *v.* MISSOURI ET AL. C. A. 8th Cir. [Certiorari granted, 480 U. S. 905.] Motion of the Solicitor General for divided argument denied. Motion of respondents for divided argument denied. Motion of Montana et al. for leave to participate in oral argument as *amici curiae*, for additional time for oral argument, and for divided argument denied.

No. 86–1329 (A–894). GULFSTREAM AEROSPACE CORP. *v.* MAYACAMAS CORP. C. A. 9th Cir. [Certiorari granted, 481 U. S. 1068.] Motion of petitioner to expedite oral argument denied. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 86–1659. CONTINENTAL CAN CO. *v.* GAVALIK ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.